UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JULIA SOUKUP FRENCH,<br><br>　　　　　　　　　　　Petitioner,<br>　v.<br><br>STATE OF NEVADA, *et al.*,<br><br>　　　　　　　　　　　Respondents. | Case No. 3:15-cv-00008-MMD-WGC<br><br>ORDER |

This case is a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, by Julia Soukup French. French filed her habeas corpus petition in the Ninth Circuit Court of Appeals, and that court transferred the petition to this federal district court. *See* Order filed January 8, 2015 (dkt. no. 1).

Attached to French's habeas corpus petition is an application to proceed *in forma pauperis*. The financial information provided with the application indicates that French is unable to pay the filing fee. The *in forma pauperis* application will be granted.

The Court has reviewed the petition for a writ of habeas corpus pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. It plainly appears from the petition that French does not state any potentially meritorious habeas corpus claims. Much of the petition is confused and incomprehensible, but, to the extent that the Court can discern French's claims, they are entirely unsupported by factual allegations and without rational legal basis. Moreover, the petition does not identify the state-court judgment of conviction that French challenges, and does not indicate that French has exhausted, in state court, any claim regarding that conviction.

1 | It is therefore ordered that the petitioner's application to proceed *in forma pauperis* is granted. The petitioner is not required to pay the filing fee for this action.

It is further ordered that this action is dismissed. The petitioner is denied a certificate of appealability.

It if further ordered that the Clerk of the Court shall enter judgment accordingly.

DATED THIS 15th day of May 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE